■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVON HUNT, Appellant. (Appeal No. 2.) [874 NYS2d 856]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered January 9, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.